# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEIDRE DENNIS and WILLIAM BONVIE, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MYLIFE.COM, INC.,<br><br>　　　　Defendant. | Case No.: 2:20-cv-954-CCC-ESK<br><br>**NOTICE OF MOTION TO DISMISS**<br><br>**Document Electronically Filed** |

**TO:**　James A. Francis　　　　　　　　　　　　　Ari Hillel Marcus
　　　　John Soumilas　　　　　　　　　　　　　　Yitzchak Zelman
　　　　David A. Searles (admitted *pro hac vice*)　**MARCUS ZELMAN LLC**
　　　　**FRANCIS MAILMAN SOUMILAS, P.C.**　　701 Cookman Avenue, Suite 300
　　　　1600 Market Street, Suite 2510　　　　　　Asbury Park, New Jersey 07712
　　　　Philadelphia, Pennsylvania 19103　　　　　Phone:  732-695-3282
　　　　Phone:  215-735-8600　　　　　　　　　　Fax:  732-298-6256
　　　　jfrancis@consumerlawfirm.com　　　　　　ari@marcuszelman.com
　　　　jsoumilas@consumerlawfirm.com　　　　　yzelman@marcuszelman.com
　　　　dsearles@consumerlawfirm.com

**COUNSEL:**

　　　　**PLEASE TAKE NOTICE** that on October 19, 2020, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant MyLife.com, Inc. ("MyLife") will move before the Honorable Claire C. Cecchi, U.S.D.J., at the Martin Luther King Building & U.S. Courthouse, Courtroom 5B, 50 Walnut Street,

Newark, New Jersey 07101, for an Order dismissing Plaintiffs' claims against MyLife with prejudice.

**PLEASE TAKE FURTHER NOTICE** that in support thereof, MyLife shall rely upon the accompanying Brief. A proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated:   September 18, 2020         **DLA PIPER LLP (US)**

By:   */s/ William J. Diggs*
William J. Diggs
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078
Tel:   (973) 520-2550
Fax:   (973) 520-2576
william.diggs@dlapiper.com

*Attorneys for Defendant MyLife.com, Inc.*